| Attorney or Party without Attorney:<br>JACK C. HSU, ESQ., Bar #224908<br>CHRISTENSEN EHRET LLP<br>222 WEST ADAMS STREET<br>SUITE 2170<br>CHICAGO, IL 60606<br>Telephone No: 312-634-1014    FAX No: 312-634-1018 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: CATLIN UNDERWRITING AGENCIES LIMITED | |
| Defendant: SAN DIEGO REFRIGERATED SERVICES, INC., ETC., ET AL. | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0173 WQH JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:           PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE
   b. Person served:          MIKE JERDE, EMPLOYEE. AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    1240 WEST 28TH STREET
                                           NATIONAL CITY, CA 91950

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 03, 2008 (2) at: 2:40PM

7. *Person Who Served Papers:*
   a. SCOT THOMPSON

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    1336
       (iii) County:              San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 07, 2008

   (SCOT THOMPSON)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

027419.jachs.115979