| *Attorney or Party without Attorney:*<br>JACK C. HSU, ESQ., Bar #224908<br>CHRISTENSEN EHRET LLP<br>222 WEST ADAMS STREET<br>SUITE 2170<br>CHICAGO, IL 60606<br>*Telephone No:* 312-634-1014   *FAX No:* 312-634-1018 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CATLIN UNDERWRITING AGENCIES LIMITED
*Defendant:* SAN DIEGO REFRIGERATED SERVICES, INC., ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV0173 WQH JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:        SAN DIEGO REFRIGERATED SERVICES, INC., D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS
   b. Person served:       EDWARD F. PLANT. AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   802 TERMINAL STREET
                                          SAN DIEGO, CA 92101

5. I served the party:
   b. **by substituted service.** On: Fri., Feb. 29, 2008 at: 2:48PM by leaving the copies with or in the presence of:
      "JOHN DOE" SECURITY GUARD. DESCRIPTION; BLACK MALE, 30'S, 6', 200LBS, SHORT BLACK HAIR.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SCOT THOMPSON                                   d. *The Fee for Service was:*
                                                      e. I am: (3) registered California process server
   **First Legal Support Services** sm                    (i) Independent Contractor
   ATTORNEY SERVICES                                     (ii) Registration No.:    1336
   1111 6TH AVENUE, SUITE 204                            (iii) County:             San Diego
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 03, 2008

                                                               (SCOT THOMPSON)
                                                               4027417.jachs.115981

Judicial Council Form                PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION