1  JOHN F. HORVATH [*Pro Hac Vice* Application Pending]
   HORVATH & LIEBER, P.C.
2  10 South La Salle, Suite 1400
   Chicago, IL 60603
3  Telephone:  (312) 419-6600
   Facsimile:    (312) 419-6666
4
   EDWARD J. MCINTYRE [SBN 80402]
5  emcintyre@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
6  401 B Street, Suite 1200
   San Diego, California 92101
7  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
8
   Attorneys for Defendants San Diego Refrigerated
9  Services, Inc., doing business as Harborside, as
   San Diego Terminals, as San Diego Cold Storage,
10 and as San Diego Cold Storage, Inc., and Miguel
   Cueva also known as Miguel Tamayo
11

12              **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 CATLIN UNDERWRITING AGENCIES         CASE NO. 08-CV-0173 WQH (JMA)
   LIMITED,
16                                       Complaint Filed:  January 29, 2008
                Plaintiff,
17                                       **NOTICE OF APPEARANCE**
      v.
18
   SAN DIEGO REFRIGERATED SERVICES,
19 INC. D/B/A HARBORSIDE D/B/A SAN
   DIEGO TERMINALS, PLA-ART
20 INTERNATIONAL D/B/A SAN DIEGO
   COLD STORAGE, SAN DIEGO COLD
21 STORAGE, INC., MIGUEL CUEVA A/K/A
   MIGUEL TAMAYO, SERGIO HERNANDEZ,
22 MARCUS FOODS, INC., and DOES 1
   through 100, Inclusive ,
23
                Defendants.
24

25

26

27

28

1      NOTICE IS HEREBY GIVEN that Edward J. McIntyre of Solomon Ward Seidenwurm &

2  Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone: (619) 231-

3  0303, facsimile: (619) 231-4755, email: emcintyre@swsslaw.com is co-counsel in this

4  matter for defendants, San Diego Refrigerated Services, Inc., doing business as Harborside,

5  as San Diego Terminals, as San Diego Cold Storage, and as San Diego Cold Storage, Inc.,

6  and Miguel Cueva also known as Miguel Tamayo.

7      All future ECF filings in this matter should be served on Edward J. McIntyre.

8

9  DATED: March 31, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP

10

11                                          By:   _/s/ Edward J. McIntyre_____
                                                  EDWARD J. MCINTYRE
12                                                Attorneys for Defendants San Diego
                                                  Refrigerated Services, Inc., doing business as
13                                                Harborside, as San Diego Terminals, as San
                                                  Diego Cold Storage, and as San Diego Cold
14                                                Storage, Inc., and Miguel Cueva also known as
                                                  Miguel Tamayo

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I caused the **NOTICE OF APPEARANCE** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

| | |
|---|---|
| Jack Chia-Ko Hsu, Esq.<br>jhsu@christensenehret.com<br>Christensen Ehret LLP<br>222 West Adams Street, Suite 2170<br>Chicago, IL 60606<br>Telephone: (312) 214-5355<br>Facsimile: (312) 214-1014<br>    Attorneys for Plaintiff Catlin<br>Underwriting Agencies Limited | Kevin Gerry, Esq.<br>kevingerry@earthlink.net<br>The Law Offices of Kevin Gerry<br>A Professional Corporation<br>1001 Olive Street<br>Santa Barbara, CA 93103<br>Telephone: (310) 275-1620<br>Attorneys for Defendant Marcus Food Co. |

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

None.

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE