| | |
|---|---|
| 1 | JOHN F. HORVATH [*Pro Hac Vice* Application Pending] |
| | HORVATH & LIEBER, P.C. |
| 2 | 10 South La Salle, Suite 1400 |
| | Chicago, IL 60603 |
| 3 | Telephone:  (312) 419-6600 |
| | Facsimile:   (312) 419-6666 |
| 4 | |
| | EDWARD J. MCINTYRE [SBN 80402] |
| 5 | emcintyre@swsslaw.com |
| | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 6 | 401 B Street, Suite 1200 |
| | San Diego, California 92101 |
| 7 | Telephone: (619) 231-0303 |
| | Facsimile: (619) 231-4755 |
| 8 |       Defendants San Diego Refrigerated Services, Inc., |
| |         doing business as Harborside, as San Diego Terminals, |
| 9 |       as San Diego Cold Storage, and as San Diego Cold Storage, Inc., |
| |         and Miguel Cueva also known as Miguel Tamayo |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED,<br><br>            Plaintiff,<br><br>   v.<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive ,<br><br>            Defendants. | CASE NO. 08-CV-0173 WQH (JMA)<br><br>Complaint Filed:  January 29, 2008<br><br>***EX PARTE* APPLICATION TO ESTABLISH THE DATE BY WHICH DEFENDANTS SHALL FILE A RESPONSIVE PLEADING AND ORDER**<br><br>**PLAINTIFF DOES NOT OPPOSE APPLICATION** |

1  Defendants San Diego Refrigerated Services, Inc., doing business as Harborside, as
2  San Diego Terminals, as San Diego Cold Storage, and as San Diego Cold Storage, Inc., and
3  Miguel Cueva also known as Miguel Tamayo (collectively, "San Diego Refrigerated"),
4  hereby request the Court establish April 3, 2008, as the date by which San Diego
5  Refrigerated shall file an answer or other responsive pleading to the complaint in this action.
6  Plaintiff, Catlin Underwriting Agencies Limited does not object.
7  San Diego Refrigerated moves the Court to enter the enclosed order to establish the
8  time to file a responsive pleading.
9
10 DATED: March 31, 2008               SOLOMON WARD SEIDENWURM & SMITH, LLP
11
12                                     By:  /s/ Edward J. McIntyre
                                           EDWARD J. MCINTYRE
13                                         Attorneys for Defendants San Diego
                                           Refrigerated Services, Inc., doing business as
14                                         Harborside, as San Diego Terminals, as San
                                           Diego Cold Storage, and as San Diego Cold
15                                         Storage, Inc., and Miguel Cueva also known as
                                           Miguel Tamayo
16
17
18
19
20
21
22
23
24
25
26
27
28

P:00419339:57131.002                       -1-                        08-CV-0173 WQH (JMA)
*EX PARTE* APPLICATION TO ESTABLISH THE DATE BY WHICH DEFENDANTS SHALL FILE A RESPONSIVE PLEADING

## CERTIFICATE OF SERVICE

I caused the *EX PARTE* **APPLICATION TO ESTABLISH THE DATE BY WHICH DEFENDANTS SHALL FILE A RESPONSIVE PLEADING** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

| Jack Chia-Ko Hsu, Esq.<br>jhsu@christensenehret.com<br>Christensen Ehret LLP<br>222 West Adams Street, Suite 2170<br>Chicago, IL 60606<br>Telephone:  (312) 214-5355<br>Facsimile:    (312) 214-1014<br>        Attorneys for Plaintiff Catlin Underwriting Agencies Limited | Kevin Gerry, Esq.<br>kevingerry@earthlink.net<br>The Law Offices of Kevin Gerry<br>A Professional Corporation<br>1001 Olive Street<br>Santa Barbara, CA 93103<br>Telephone:  (310) 275-1620<br>Attorneys for Defendant Marcus Food Co. |

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

None.

/s/ *Edward J. McIntyre*
EDWARD J. MCINTYRE