| Attorney or Party without Attorney: <br> JACK C. HSU, ESQ., Bar #224908 <br> CHRISTENSEN EHRET LLP <br> 222 WEST ADAMS STREET <br> SUITE 2170 <br> CHICAGO, IL 60606 <br> Telephone No: 312-634-1014   FAX No: 312-634-1018 <br> <br> Ref. No. or File No.: <br> <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: CATLIN UNDERWRITING AGENCIES LIMITED |
|---|
| Defendant: SAN DIEGO REFRIGERATED SERVICES, INC., ETC., ET AL. |

| PROOF OF SERVICE <br> SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CV0173 WQH JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT.

3. a. Party served:         MARCUS FOODS, INC.
   b. Person served:        JERRY MARCUS, PRESIDENT. AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    240 NORTH ROCK ROAD
                                          STE. 246
                                          WICHITA, KS 67206

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 3:00PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SABRINA GENTILE                              d. *The Fee for Service was:*
                                                   e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 28, 2008

                                                                        (SABRINA GENTILE)

Judicial Council Form                    PROOF OF SERVICE                    4026878.jachs.116272
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION