| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JACK C. HSU, ESQ., Bar #224908<br>CHRISTENSEN EHRET LLP<br>222 WEST ADAMS STREET<br>SUITE 2170<br>CHICAGO, IL 60606<br>*Telephone No:* 312-634-1014   *FAX No:* 312-634-1018 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CATLIN UNDERWRITING AGENCIES LIMITED
*Defendant:* SAN DIEGO REFRIGERATED SERVICES, INC., ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV0173 WQH JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT.

3. a. Party served:                         SERGIO HERNANDEZ
   b. Person served:                        PARTY IN ITEM 3A.

4. Address where the party was served:     802 TERMINAL ST.
                                           SAN DIEGO, CA 92101

5. I served the party:
   b. **by substituted service.** On: Tue., Mar. 11, 2008 at: 6:55PM by leaving the copies with or in the presence of:
   "JOHN DOE" SECURITY GUARD. DESCRIPTION; MALE CAUCASIAN, 6'0", 180 LBS, GREY HAIR, 50'S.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. SCOT THOMPSON

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1336
      (iii) County:              San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 13, 2008

   (SCOT THOMPSON)

   Judicial Council Form POS-010                    PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007           SUMMS IN CIV. ACTION                     4027422.jachs.115983