| | |
|---|---|
| 1 | JOHN F. HORVATH [*Pro Hac Vice*, pending]<br>HORVATH & WEAVER, P.C. |
| 2 | 10 South La Salle, Suite 1400<br>Chicago, IL 60603 |
| 3 | Telephone:  (312) 419-6600<br>Facsimile:   (312) 419-6666 |
| 4 | |
| 5 | EDWARD J. MCINTYRE [SBN 80402]<br>emcintyre@swsslaw.com<br>SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 6 | 401 B Street, Suite 1200<br>San Diego, California 92101 |
| 7 | Telephone: (619) 231-0303<br>Facsimile: (619) 231-4755 |
| 8 | |
| 9 | Attorneys for Defendants San Diego Refrigerated Services, doing business as Harborside |
| 10 | Refrigerated Services, doing business as Harborside; San Diego Refrigerated Services, Inc. |
| 11 | doing business as San Diego Terminals and Pla-Art International, Inc. doing business as San Diego |
| 12 | Cold Storage, also known as, SDCold, doing business as San Diego Cold, doing business as San Diego Ice & Cold Storage |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED,<br><br>              Plaintiff,<br><br>  v.<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive ,<br><br>              Defendants. | CASE NO. 08-CV-0173 WQH (JMA)<br><br>Complaint Filed:  January 29, 2008<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | San Diego Refrigerated Services, doing business as Harborside Refrigerated Services, |
| 2 | doing business as Harborside; San Diego Refrigerated Services, Inc. doing business as San |
| 3 | Diego Terminals and Pla-Art International, Inc. doing business as San Diego Cold Storage, |
| 4 | also known as, SDCold, doing business as San Diego Cold, doing business as San Diego Ice |
| 5 | & Cold Storage hereby demand a jury trial of all claims triable by a jury. |

DATED: April 4, 2008        SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  */s/ Edward J. McIntyre*
     EDWARD J. MCINTYRE

     AND

     JOHN F. HORVATH
     HORVATH & WEAVER, P.C.
     Attorneys for Defendants San Diego
     Refrigerated Services, doing business as
     Harborside Refrigerated Services, doing
     business as Harborside; San Diego Refrigerated
     Services, Inc. doing business as San Diego
     Terminals and Pla-Art International, Inc. doing
     business as San Diego Cold Storage, also
     known as, SDCold, doing business as San
     Diego Cold, doing business as San Diego Ice &
     Cold Storage

**CERTIFICATE OF SERVICE**

I caused the **DEMAND FOR JURY TRIAL** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

| |  |
|---|---|
| Jack Chia-Ko Hsu, Esq.<br>jhsu@christensenehret.com<br>Christensen Ehret LLP<br>222 West Adams Street, Suite 2170<br>Chicago, IL 60606<br>Telephone:  (312) 214-5355<br>Facsimile:    (312) 214-1014<br>Attorneys for Plaintiff Catlin Underwriting Agencies Limited | |

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Kevin Gerry, Esq.
kevingerry@earthlink.net
The Law Offices of Kevin Gerry
A Professional Corporation
1001 Olive Street
Santa Barbara, CA 93103
Telephone:  (310) 275-1620
Attorneys for Defendant Marcus Food Co.

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE