UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED,<br><br>           Plaintiff,<br><br>v.<br><br>SAN DIEGO REFRIGERATED SERVICES, INC., etc., et al.,<br><br>           Defendants. | Case No. 08-CV-0173-WQH (JMA)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 1, 2008 at 9:00 a.m., the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by May 27, 2008;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by June 10, 2008;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before June 10, 2008 (the

1 parties should consult Rule 26(f) for the substance of the
2 discovery plan);[1] and,
3     4.    Pursuant to Rule 16(b) of the Federal Rules of Civil
4 Procedure, a telephonic Case Management Conference shall be held
5 on **June 17, 2008** at **9:00 a.m.** before Magistrate Judge Adler.  All
6 counsel and unrepresented parties shall appear telephonically at
7 this conference.  The Court will initiate the conference call.
8     Failure of any counsel or party to comply with this Order
9 will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**
11 DATED:  May 1, 2008

                                      Jan M. Adler
                                      U.S. Magistrate Judge

---

[1]The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.