```
 1  Mark E. Christensen, Esq. (SBN 229026)
    Jack C. Hsu, Esq. (SBN 224980)
 2  Edward E. Sipes, Esq. (SBN 172453)
    CHRISTENSEN EHRET LLP
 3  2780 Skypark Drive
    Suite 460
 4  Torrance, CA  90505
    Telephone:  (310) 534-0300
 5  Facsimile:  (310) 534-0340
    mchristensen@christensenehret.com
 6  jhsu@christensenehret.com
    espies@christensenehret.com
 7
    Attorneys for Plaintiffs, Catlin Underwriting Agencies, Limited
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES, LIMITED,<br><br>             Plaintiff,<br><br>-vs.-<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive<br><br>             Defendants. | Case No. 08-CV-0173 WQH (JMA)<br><br>**CERTIFICATE OF SERVICE OF CATLIN'S FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANT PLA-ART INTERNATIONAL, INC. d/b/a SAN DIEGO COLD STORAGE (SDCS)** |

## CERTIFICATE OF SERVICE

Jack C. Hsu, an attorney, does hereby certify service as to the foregoing Catlin's First Set of Requests for Production of Documents to Defendant PLA-ART International, Inc. dba San Diego Cold Storage (SDCS) was accomplished pursuant to facsimile and regular first-class mail postage prepaid to counsel of record on this 27th day of May, 2008.

CHRISTENSEN EHRET LLP

By:     /s/Jack C. Hsu
MARK E. CHRISTENSEN, ESQ.
JACK C. HSU, ESQ.
EDWARD E. SIPES, ESQ.
Attorneys for Plaintiff, CATLIN
UNDERWRITING AGENCIES LIMITED
126344

-2-
**CERTIFICATE OF SERVICE**