UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO REFRIGERATED SERVICES, INC., etc., et al.,<br><br>　　　　　Defendants. | Case No. 08-CV-0173-WQH (JMA)<br><br>**ORDER RESCHEDULING TIME OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　On the Court's own motion, **IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for **June 17, 2008** at 9:00 a.m. shall now commence at **10:00 a.m.** before Magistrate Judge Adler.  All counsel and unrepresented parties shall appear telephonically at this conference.  The Court will initiate the conference call.

　　　**IT IS SO ORDERED.**

DATED: June 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

08cv0173