Mark E. Christensen, Esq. (SBN 229026)
Jack C. Hsu, Esq. (SBN 224980)
Edward E. Sipes, Esq. (SBN 172453)
CHRISTENSEN EHRET LLP
2780 Skypark Drive
Suite 460
Torrance, CA 90505
Telephone: (310) 534-0300
Facsimile: (310) 534-0340
mchristensen@christensenehret.com
jhsu@christensenehret.com
espies@christensenehret.com

Attorneys for Plaintiffs, Catlin Underwriting Agencies, Limited

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES, LIMITED,<br><br>Plaintiff,<br><br>-vs.-<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 08-CV-0173 WQH (JMA)<br><br>**JOINT DISCOVERY PLAN** |

**JOINT DISCOVERY PLAN**

The Parties, Catlin Underwriting Agencies Limited, San Diego Refrigerated Services, Inc., and Pla-Art International, Inc. d/b/a San Diego Cold Storage, Miguel Cuevas, and Marcus Foods Co. represent to the Court that on May 23, 2008 they convened by telephone to participate in a

-1-
**JOINT DISCOVERY PLAN**

Rule 26 (f) conference. As such, the Parties submit this Joint Discovery Plan, stating their views and proposals on the following items, as required under Rule 26(f)(3):

A. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;

**The Parties have no changes with respect to the above. The Court has set a deadline of June 10, 2008 for the Parties to file their initial Rule 26(a) disclosures.**

B. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;

**This is a declaratory judgment action by Catlin and a corresponding Counterclaim by defendants San Diego Refrigerated Services, Inc. ("SDRS"), Pla-Art International, Inc. d/b/a San Diego Cold Storage ("SDCS") and Miguel Cuevas ("CUEVAS") in which it is disputed whether there is insurance coverage for these Defendants under Plaintiff Catlin Underwriting Agencies Limited's insurance policy no. LON7081-05 with respect to an underlying claim for loss and subsequent lawsuit filed by Marcus Foods styled *Marcus Foods v. San Diego Cold Storage, Inc., Miguel Cueva, Sergio Hernandez and DOES 1-10* in the Superior Court of California, County of San Diego No. 37-200700066571-CU-CO-CTL (the "Underlying Suit").**

**The Parties agree that discovery in this declaratory judgment action should be conducted in phases and be limited initially to two issues: (1) whether or not Plaintiff has a duty to defend the Underlying Lawsuit, and (2) whether or not the terms and conditions for coverage under Plaintiff's policy, including notice provisions, were satisfied with respect to the Underlying Claim. The Parties agree that the fact discovery cut-off date for these issues**

should be January 9, 2009, and the parties should have up to and including February 10, 2009, to file any motions for summary judgment that such party deems appropriate, with the Court then designating the time for filing any responses and/or replies. This procedure would allow the parties to conduct discovery, if necessary, on the duty to indemnify and the Counterclaim of SDRS, SDCS and/or CUEVAS for Catlin's alleged bad faith claims handling practices and/or breach of contractual and fiduciary obligations after the Court rules on the motions for summary judgment on the initial two issues. The Parties believe that this initial discovery and dispositive motion schedule may save the Court and the Parties time and money.

    C.    Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;

**None at this time.**

    D.    Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order;

**None at this time.**

    E.    What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

**None at this time.**

F.      Any other orders the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**None at this time.**

Dated: June 10, 2008          CHRISTENSEN EHRET LLP

By:    /s/Jack C. Hsu
MARK E. CHRISTENSEN, ESQ.
JACK C. HSU, ESQ.
EDWARD E. SIPES, ESQ.
Attorneys for Plaintiff, CATLIN UNDERWRITING AGENCIES LIMITED

SOLOMON WARD SIEDENWURN & SMITH

By:    /s/Edward J. McIntyre
EDWARD J. MCINTYRE
Attorneys for Defendant, SAN DIEGO REFRIGERATED SERVICES and PLA-ART INTERNATIONAL, INC. d/b/a SAN DIEGO COLD STORAGE

THE LAW OFFICES OF KEVIN GERRY

By:    /s/Kevin Gerry
KEVIN GERRY
Attorney for Defendant, MARCUS FOODS CO.

## CERTIFICATE OF SERVICE

Jack C. Hsu, an attorney, does hereby certify service as to the foregoing Joint Discovery Plan was accomplished pursuant to facsimile and regular first-class mail postage prepaid to counsel of record on this pursuant to ECF as to Filing Users and as to any party who is not a Filing User or represented by a Filing User on this 10th day of June, 2008.

CHRISTENSEN EHRET LLP

By:    /s/Jack C. Hsu
MARK E. CHRISTENSEN, ESQ.
JACK C. HSU, ESQ.
EDWARD E. SIPES, ESQ.

-4-
**JOINT DISCOVERY PLAN**

Attorneys for Plaintiff, CATLIN
UNDERWRITING AGENCIES LIMITED
126816

-5-
**JOINT DISCOVERY PLAN**