Mark E. Christensen, Esq. (SBN 229026)
Jack C. Hsu, Esq. (SBN 224980)
Edward E. Sipes, Esq. (SBN 172453)
CHRISTENSEN EHRET LLP
2780 Skypark Drive
Suite 460
Torrance, CA 90505
Telephone: (310) 534-0300
Facsimile: (310) 534-0340
mchristensen@christensenehret.com
jhsu@christensenehret.com
espies@christensenehret.com

Attorneys for Plaintiffs, Catlin Underwriting Agencies, Limited

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES, LIMITED,<br><br>Plaintiff,<br><br>-vs.-<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 08-CV-0173 WQH (JMA)<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.CIV.P.26(a)(1)** |

**CERTIFICATE OF SERVICE**

Jack C. Hsu, an attorney, does hereby certify service as to the foregoing Plaintiff's Initial Disclosures Pursuant to F.R.Civ.P.26(a)(1) was accomplished pursuant to regular first-class mail postage prepaid to counsel of record on this 10th day of June, 2008.

CHRISTENSEN EHRET LLP

By:   /s/Jack C. Hsu

-1-
CERTIFICATE OF SERVICE

```
 1
 2
 3                                      MARK E. CHRISTENSEN, ESQ.
                                        JACK C. HSU, ESQ.
 4                                      EDWARD E. SIPES, ESQ.
                                        Attorneys for Plaintiff, CATLIN
 5                                      UNDERWRITING AGENCIES LIMITED
                                        126911
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

CHRISTENSEN EHRET LLP

-2-
**CERTIFICATE OF SERVICE**