UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED, <br><br>           Plaintiff, <br><br> v. <br><br> SAN DIEGO REFRIGERATED SERVICES, INC., etc., et al., <br><br>           Defendants. | Case No. 08-CV-0173-WQH (JMA) <br><br> **CASE MANAGEMENT CONFERENCE ORDER REGULATING FIRST PHASE OF DISCOVERY** <br><br> (Fed. R. Civ. P. 16) <br> (Local Rule 16.1) <br> (Fed. R. Civ. P. 26) |

   Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a telephonic Case Management Conference was held on June 17, 2008 at 10:00 a.m.  After reviewing the parties' Joint Discovery Plan [Doc. 21] and consulting with the attorneys of record for the parties, and good cause appearing,

   **IT IS HEREBY ORDERED:**

   1.   Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **August 15, 2008**.

   2.   A telephonic Case Management Conference shall be held before Magistrate Judge Adler on **October 1, 2008** at **9:30 a.m.**

Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.

3. The first phase of discovery shall be completed by all parties on or before **January 9, 2009**. The first phase of discovery will encompass (1) whether Plaintiff has a duty to defend the underlying lawsuit and (2) whether the insureds complied with the notice provision of the subject policy.

"Completed" means that all discovery under Rules 30 through 36 of the Federal Rules of Civil Procedure must be initiated a sufficient period of time in advance of the cutoff date, so that it may be <u>completed</u> by the cutoff date, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. **<u>All disputes concerning discovery shall be brought to the attention of Magistrate Judge Adler no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred. For oral discovery, the event giving rise to the discovery dispute is the completion of the transcript of the affected portion of the deposition. For written discovery, the event giving rise to the discovery dispute is the service of the response. Counsel are required to meet and confer prior to contacting the Court regarding all discovery disputes pursuant to the requirements of Local Rules 16.5(k) and 26.1(a).</u>**

4. All motions relating to the initial two issues, set forth above, shall be <u>filed</u> on or before **February 10, 2009**.[1]

---

[1] Counsel should note that while historically motion cutoff deadlines issued by this Court were deadlines for motion hearings, the motion cutoff dates now being issued establish deadlines for the parties to <u>file</u> motions.

1 | Motions will not be heard or calendared unless counsel for the
2 | moving party has obtained a motion hearing date from the law
3 | clerk of the judge who will hear the motion.  **Be advised that the**
4 | **period of time between the date you request a motion date and the**
5 | **hearing date may be up to sixty (60) days.  Please plan**
6 | **accordingly.**  Failure of counsel to timely request a motion date
7 | may result in the motion not being heard.
8 |     Briefs or memoranda in support of or in opposition to any
9 | pending motion shall not exceed twenty-five (25) pages in length
10 | without leave of the judge who will hear the motion.  No reply
11 | memorandum shall exceed ten (10) pages without leave of the judge
12 | who will hear the motion.
13 |     5.  The Court will conduct a Case Management Conference
14 | after the rulings on the parties' contemplated motions for
15 | summary judgment following the first phase of the case in order
16 | to issue a schedule for the remainder of the case.
17 |     **IT IS SO ORDERED.**
18 | DATED:  June 17, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge