Mark E. Christensen, Esq. (SBN 229026)
Jack C. Hsu, Esq. (SBN 224980)
Edward E. Sipes, Esq. (SBN 172453)
CHRISTENSEN EHRET LLP
2780 Skypark Drive
Suite 460
Torrance, CA  90505
Telephone:  (310) 534-0300
Facsimile:  (310) 534-0340
mchristensen@christensenehret.com
jhsu@christensenehret.com
espies@christensenehret.com

Attorneys for Plaintiffs, Catlin Underwriting Agencies, Limited

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES, LIMITED, <br><br> Plaintiff, <br><br> -vs.- <br><br> SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive <br><br> Defendants. | Case No. 08-CV-0173 WQH (JMA) <br><br> **CERTIFICATE OF SERVICE OF CATLIN'S FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANT MARCUS FOODS, INC.** |

## CERTIFICATE OF SERVICE

Jack C. Hsu, an attorney, does hereby certify service as to the foregoing Catlin's First Set of Requests for Production of Documents to Defendant Marcus Foods, Inc. was accomplished pursuant to facsimile and regular first-class mail postage prepaid to counsel of record on this 5th day of August, 2008.

-1-
**CERTIFICATE OF SERVICE**

CHRISTENSEN EHRET LLP

By:     /s/Jack C. Hsu
MARK E. CHRISTENSEN, ESQ.
JACK C. HSU, ESQ.
EDWARD E. SIPES, ESQ.
Attorneys for Plaintiff, CATLIN
UNDERWRITING AGENCIES LIMITED
129424

**CERTIFICATE OF SERVICE**