```
Mark E. Christensen, Esq. (SBN 229026)
Jack C. Hsu, Esq. (SBN 224980)
Edward E. Sipes, Esq. (SBN 172453)
CHRISTENSEN EHRET LLP
2780 Skypark Drive
Suite 460
Torrance, CA  90505
Telephone:  (310) 534-0300
Facsimile:  (310) 534-0340
mchristensen@christensenehret.com
jhsu@christensenehret.com
espies@christensenehret.com
```

Attorneys for Plaintiffs, Catlin Underwriting Agencies, Limited

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES, LIMITED,<br><br>                Plaintiff,<br><br>-vs.-<br><br>SAN DIEGO REFRIGERATED SERVICES, INC. D/B/A HARBORSIDE D/B/A SAN DIEGO TERMINALS, PLA-ART INTERNATIONAL D/B/A SAN DIEGO COLD STORAGE, SAN DIEGO COLD STORAGE, INC., MIGUEL CUEVA A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ, MARCUS FOODS, INC., and DOES 1 through 100, Inclusive<br><br>                Defendants. | Case No. 08-CV-0173 WQH (JMA)<br><br>**CERTIFICATE OF SERVICE OF CATLIN'S FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANT MIGUEL CUEVA a/k/a MIGUEL TAMAYO** |

## CERTIFICATE OF SERVICE

Jack C. Hsu, an attorney, does hereby certify service as to the foregoing Catlin's First Set of Requests for Production of Documents to Defendant Miguel Cueva a/k/a Miguel Tamayo was accomplished pursuant to facsimile and regular first-class mail postage prepaid to counsel of record on this 5th day of August, 2008.

CHRISTENSEN EHRET LLP

By:    /s/Jack C. Hsu
MARK E. CHRISTENSEN, ESQ.
JACK C. HSU, ESQ.
EDWARD E. SIPES, ESQ.
Attorneys for Plaintiff, CATLIN
UNDERWRITING AGENCIES LIMITED
129425