Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CATLIN UNDERWRITING AGENCIES LIMITED,

                                        vs

SAN DIEGO REFRIGERATED SERVICES, INC.
D/B/A HARBORSIDE D/B/A SAN DIEGO
TERMINALS, PLA-ART INTERNATIONAL
D/B/A SAN DIEGO COLD STORAGE, SAN
DIEGO COLD STORAGE, INC., MIGUEL CUEVA
A/K/A MIGUEL TAMAYO, SERGIO HERNANDEZ,
MARCUS FOODS, INC., and DOES 1-to 100,
Inclusive;,

TO: (Name and Address of Defendant)

ALIAS
**SUMMONS IN A CIVIL ACTION**
Case No.

08-cv-0173  (WQH)



FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    ECL    DEPUTY

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jack C. Hsu
Christensen & Ehret, ,
222 West Adams, Suite 2170
Chicago, Illinois 60606

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | AUG 2 8 2008 |
|---|---|
| CLERK | DATE |

| By    B. SEAL D    , Deputy Clerk |
|---|

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR