UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO REFRIGERATED SERVICES, INC., etc., et al., <br><br> Defendants. | Case No. 08-CV-0173-WQH (JMA) <br><br> **ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    Due to a conflict on the Court's calendar, **IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for **October 1, 2008** is rescheduled for **October 3, 2008** at **2:00 p.m.** before Magistrate Judge Adler. All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

    **IT IS SO ORDERED.**

DATED: September 25, 2008

                                         Jan M. Adler
                                         U.S. Magistrate Judge

08cv0173